UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

NOE GARZA,

                      Defendant.

CASE NO: 21-CR-20405

HON. MATTHEW F. LEITMAN
United States District Judge

HON. CURTIS IVY, JR.
United States Magistrate Judge

_____

**Exhibit List to**
**United States of America's Response in Opposition to**
**Defendant's Motion to Suppress Physical Evidence (ECF No. 15)**

_____

| Exhibit Number | Description |
| --- | --- |
| 1 | Bench warrant issued by Judge Nathaniel Perry III |
| 2 | 67th District Court Register of Actions Case 20G00498 |
| 3 | Record of Bench Warrant Entry into LEIN |