

Home  Disclaimer

Return

# 67TH DISTRICT COURT

**Return to Search**

*For additional questions, please contact the Clerk's Office*

```
|STATE OF MICHIGAN      |                        | CASE NO:   20G00498   D01 SM |
|67TH JUDICIAL DISTRICT|   REGISTER OF ACTIONS  |                               |
|ORI250105J             |                        | STATUS: CLSD       07/26/21  |
|PIN: 20-132459         |                        |                               |

                                        JUDGE OF RECORD: MARSH,TABITHA MARIE   P-68324
                                        JUDGE:           MARSH,TABITHA MARIE   P-68324

STATE OF MICHIGAN v

    GARZA/NOE/
    4185 W COURT ST
    FLINT          MI 48506                      ENTRY DATE:   05/12/20
                                                 OFFENSE DATE: 05/10/20
                                                 ARREST DATE:
DEFENDANT                     VEHICLE TYPE:           VPN:
DOB: ##########  SEX: M   RACE: W                     CDL: U
VEH YR:          VEH MAKE:                            PAPER PLATE:


DEFENSE ATTORNEY ADDRESS            BAR NO.
MIDC ATTORNEYS,APPOINTED,           #  1000      APPOINTED
630 S SAGINAW STREET                Telephone No.
FLINT MI   48502


OFFICER: HANSON/DAVID P             |DEPT: FLINT CITY POLICE
                                    |
PROSECUTOR: LEYTON,DAVID S.,        |   P-35086
VICTIM/DESC:                        |


CNT: 01 C/M/F: M   750813                      PACC#750.813
DOMESTIC VIOLENCE - SECOND OFFENSE NOTICE
ARRAIGNMENT DATE: 05/13/20    PLEA:    PLEA N-GLTY   PLEA DATE: 05/13/20
FINDINGS:   DISMISSED    DISPOSITION DATE: 07/26/21
SENTENCING DATE:
       FINE      COST   ST.COST    CON     MISC.     REST   TOT FINE    TOT DUE
       0.00      0.00      0.00    0.00    0.00     0.00      0.00       0.00
         JAIL SENTENCE:             PROBATION:
 VEH IMMOB START DATE:         NUMBER OF DAYS:      VEH FORFEITURE:

BOND HISTORY:
```

```
           5,000.00  SURETY    BOND CONTINUED
_____
 DATE                    ACTIONS, JUDGMENTS, CASE NOTES        INITIALS
_____

05/10/20
  1 ORIGINAL CHARGE         DOMESTIC VIO                           CLT
05/11/20
  1 AUTHORIZATION OF COMPLAINT DATE                                CLT
     PROS LEYTON,DAVID S.,                             P-35086     CLT
05/12/20
       FILING DATE          051220                                 CLT
  1 COMPLAINT ISSUANCE DATE                                        CLT
       JDG  ODETTE,CHRISTOPHER                         P-27387     CLT
       MISCELLANEOUS ACTION     ALL COUNTS                         CLT
       CASE SENT TO COURT ROOM                                     CLT
       LODGED GCJ SET FOR 5/13/20 ARR                              CLT
       CHR TO JUDGE FOR ARR                                        CLT
05/13/20
       ARRAIGNMENT HELD         ALL COUNTS                         CLG
       JDG  HAMMON,JESSICA JEAN                        P-72175     CLG


NAME: GARZA/NOE/                      CASE NO: 20G00498    PAGE   2
_____
 DATE                    ACTIONS, JUDGMENTS, CASE NOTES        INITIALS
_____
       ATT  MIDC ATTORNEYS,APPO                       #  1000     CLG
       JUDGE OF RECORD/MAGISTRATE CHANGED                          CLG
         FROM: 00000 NO SPECIFIC JUDGE                             CLG
           TO: 37492 PERRY,NATHANIEL C.,III                        CLG
       PLEAD NOT GUILTY                                            CLG
       SCHEDULED FOR PRE-TRIAL   061520  830A  PERRY,NATHANIEL C., P-37492 CLG
       PERSONAL                                                    CLG
       BOND SET                               $   5000.00          CLG
       CER 9598 GAIL REDMOND-COURT RECORDER                        CLG
       NO CONTACT WITH VICTIM                                      CLG
       ADVISED OF RIGHTS                                           CLG
       DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT   CLG
05/14/20
       MISCELLANEOUS ACTION     ALL COUNTS                         AB
       CASE SENT TO CLERK                                          AB
       CONDITIONAL BOND ORDER ENTERED INTO LEIN                    AB
       P30867000                                                   AB
       PREV. 2033 WARNER                                           CLG
       ADDR: FLINT             MI 48503                            CLG
       CTN ADDED                                                   AB
06/18/20
       REMOVED FROM CALENDAR    061520- 830A  PERRY,NATHANIEL C., P-37492 SW
       SCHEDULED FOR PRE-TRIAL  072820- 830A  PERRY,NATHANIEL C., P-37492 SW
  1 NOTICE TO APPEAR GENERATED
                                DOMESTIC VIO                       SW
07/27/20
       NOTICE TO APPEAR GENERATED
                                ALL COUNTS                         GFP
07/28/20
  1 MISCELLANEOUS ACTION        DOMESTIC VIO                       GFP
       DEF DNA                                                     GFP
07/29/20
  1 MOTION, AFFIDAVIT & BENCH WARRANT GENERATED
                                DOMESTIC VIO                       GFP
```

```
            CONTEMPT/FAIL TO APPEAR                                          GFP
            DEF FAILED TO APPEAR FOR A PRETRIAL ON 7/                        GFP
            28/20 AT 8:30AM                                                  GFP
07/30/20
            MISCELLANEOUS ACTION    ALL COUNTS                               CKC
            JDG  PERRY,NATHANIEL C.,                             P-37492     CKC
            CASH OR SURETY                                                   CKC
            BOND SET                                 $  5000.00              CKC
            DEFENDANT FAILED TO APPEAR FOR COURT DATE                        CKC
            CASE SENT TO WARRANTS                                            CKC
08/03/20
            MISCELLANEOUS ACTION    ALL COUNTS                               AB
            WARRANT ENTERED INTO LEIN                                        AB
            LEIN ENTERED BENCH WARRANT                                       AB
            C/S 5000                                                         AB
            WARRANT ENTRY REQUESTED    80320 1155A                           AB
            SYSIDNO (20:) GENERATED BY LEIN
                                47987797                                     AB
09/13/20

NAME: GARZA/NOE/                      CASE NO: 20G00498     PAGE   3
_____
 DATE              ACTIONS, JUDGMENTS, CASE NOTES            INITIALS
_____
            MISCELLANEOUS ACTION    ALL COUNTS                               CLT
            CONDITIONAL BOND ORDER RECALLED LEIN                             CLT
            P30867000 EXPIRED                                                CLT
11/27/20
            WARRANT CANCELLATION REQUESTED
                                112720   652A                                RSB
            WARRANT CANCELLATION ACCEPTED
                                112720   653A                                RSB
            WARRANT CANCELED FROM LEIN                                       RSB
            MISCELLANEOUS ACTION    ALL COUNTS                               RSB
            LEIN CANCELLED WEEKEND                                           RSB
            47987797/WKEND ARR                                               RSB
            CHR TO JUDGE                                                     RSB
            ARRAIGNMENT ON BENCH WARRANT HELD
                                ALL COUNTS                                   GFP
            JDG  ODETTE,CHRISTOPHER                              P-27387     GFP
            SCHEDULED FOR PRE-TRIAL   113020  100P  PERRY,NATHANIEL C.,  P-37492  GFP
            CASH OR SURETY                                                   GFP
            BOND SET                                 $  5000.00  112720     GFP
11/30/20
            MISCELLANEOUS ACTION    ALL COUNTS                               ADG
            CASE SENT TO CLERK                                               ADG
            LODGED O/WKEND                                                   ADG
            NOTICE TO APPEAR GENERATED
                                ALL COUNTS                                   GFP
            PRE-TRIAL HELD       ALL COUNTS                                  GFP
            JDG  PERRY,NATHANIEL C.,                             P-37492     GFP
            SCHEDULED FOR JURY-TRIAL   011421  830A  MARSH,TABITHA MARIE  P-68324  ADM
12/21/20
            MISCELLANEOUS ACTION    ALL COUNTS                               MEC
            SURETY                                                           MEC
            BOND POSTED                              $  5000.00  122020     MEC
            FLINT BONDING SERVICE                                            MEC
01/05/21
            Reassigned Jdg of Record P-37492 to P-68324                      ADM
```

```
          Reassigned Next Judge P-37492 to P-68324                      ADM
01/14/21
          PREV. 2316 FREDONIAAVE                                        BAG
          ADDR: FLINT          MI 48507                                 BAG
          MISCELLANEOUS ACTION     ALL COUNTS                           CRW
          REMOVED FROM CALENDAR     011421  830A  MARSH,TABITHA MARIE  P-68324  CRW
          SCHEDULED FOR JURY-TRIAL  031821  830A  MARSH,TABITHA MARIE  P-68324  CRW
          NOTICE TO APPEAR GENERATED
                                    ALL COUNTS                          CRW
01/27/21
          JUDGE OF RECORD/MAGISTRATE CHANGED                            CPJ
            FROM: 68324 MARSH,TABITHA MARIE,                            CPJ
              TO: 37492 PERRY,NATHANIEL C.,III                          CPJ
03/03/21
          REMOVED FROM CALENDAR     031821- 830A  MARSH,TABITHA MARIE  P-68324  CRW
          NO JURY TRIALS WHILE COURT IS CLOSED                          CRW
          SCHEDULED FOR JURY-TRIAL  061721- 830A  MARSH,TABITHA MARIE  P-68324  CRW
       1  NOTICE TO APPEAR GENERATED

NAME: GARZA/NOE/                        CASE NO: 20G00498    PAGE   4
_____
   DATE                 ACTIONS, JUDGMENTS, CASE NOTES         INITIALS
_____
                         DOMESTIC VIO                                   CRW
05/06/21
          REMOVED FROM CALENDAR     061721- 830A  MARSH,TABITHA MARIE  P-68324  CRW
          FINAL PRETRIAL PRIOR TO JURY TRIAL                            CRW
          SCHEDULED FOR JURY-TRIAL  061421- 830A  MARSH,TABITHA MARIE  P-68324  CRW
       1  NOTICE TO APPEAR GENERATED
                         DOMESTIC VIO                                   CRW
          MISCELLANEOUS ACTION     ALL COUNTS                           CRW
          REMOVED FROM CALENDAR     061421  830A  MARSH,TABITHA MARIE  P-68324  CRW
          SCHEDULED FOR PRE-TRIAL   061421  830A  MARSH,TABITHA MARIE  P-68324  CRW
          NOTICE TO APPEAR GENERATED
                                    ALL COUNTS                          CRW
06/01/21
          PREV. 50 GREEN VALLEY                                         EDH
          ADDR: FLINT          MI 48506                                 EDH
          MISCELLANEOUS ACTION     ALL COUNTS                           EDH
          SURETY                                                        EDH
          BOND POSTED                             $   5000.00  053121   EDH
          ROBERT DENNIS BAIL BONDS                                      EDH
06/14/21
          MISCELLANEOUS ACTION     ALL COUNTS                           CRW
          REMOVED FROM CALENDAR     061421  830A  MARSH,TABITHA MARIE  P-68324  CRW
          SCHEDULED FOR PRE-TRIAL   071221  830A  MARSH,TABITHA MARIE  P-68324  CRW
          BOND CONTINUED                                                CRW
          TECHNICAL ISSUES                                              CRW
06/15/21
          NOTICE TO APPEAR GENERATED
                                    ALL COUNTS                          CRW
07/12/21
          MISCELLANEOUS ACTION     ALL COUNTS                           CRW
          SCHEDULED FOR REVIEW      072621  800A  MARSH,TABITHA MARIE  P-68324  CRW
07/15/21
          JUDGE OF RECORD/MAGISTRATE CHANGED                            CPJ
            FROM: 37492 PERRY,NATHANIEL C.,III                          CPJ
              TO: 68324 MARSH,TABITHA MARIE,                            CPJ
07/26/21
       1  MISCELLANEOUS ACTION     DOMESTIC VIO                         CRW
```

```
        JDG   MARSH,TABITHA MARIE                           P-68324  CRW
        DISMISSED                                                    CRW
        DISMISSED ON MOTION OF CITY ATTORNEY                         CRW
        CER 8782 BRANDY GRAHAM                                       CRW
        CASE CLOSED                                                  CRW
08/04/21
        CRIMINAL HISTORY SENT                                        CRW
              ***** END OF REGISTER OF ACTIONS ***** 09/27/21 12:39
```

[Return to Search]