Court 0                                    Pty DEC   Charge   File  Type SM   Status CLSD
Name GARZA/NOE/                                Search _____

      CONTEMPT/FAIL TO APPEAR                                                      GFP
      DEF FAILED TO APPEAR FOR A PRETRIAL ON 7/                                    GFP
      28/20 AT 8:30AM                                                             GFP
07/30/20
      MISCELLANEOUS ACTION        ALL COUNTS                                       CKC
      JDG  PERRY,NATHANIEL C.,                             P-37492                 CKC
      CASH OR SURETY                                                               CKC
      BOND SET                                  $    5000.00                       CKC
      DEFENDANT FAILED TO APPEAR FOR COURT DATE                                    CKC
      CASE SENT TO WARRANTS                                                        CKC
08/03/20
      MISCELLANEOUS ACTION        ALL COUNTS                                        AB
      WARRANT ENTERED INTO LEIN                                                     AB
      LEIN ENTERED BENCH WARRANT                                                    AB
      C/S 5000                                                                      AB
      WARRANT ENTRY REQUESTED      80320 1155A                                      AB
      SYSIDNO (20:) GENERATED BY LEIN                                               AB

                                                                    More...

NXT ROA CASE 20G00498__  PTY D01 COUNT 00 INQ _____ ST __
 F1-Top F2-Bottom  F9-Print  F10-View          F13-OutQ  F3/F24-Prior   PageU/D

67th District Court
Flint, MI

SEP 27 2021