UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,

v.

Noe Garza,

          Defendant.
_____/

Case No. 21-cr-20405

Honorable Matthew F. Leitman

# **FIRST FORFEITURE BILL OF PARTICULARS**

The United States of America, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to provide notice of specific property which the United States intends to forfeit upon conviction, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as set forth in the Indictment (ECF No. 9), including, but not limited to the following,

    a. One (1) Black Ruger EC9s 9mm semi-automatic pistol, Serial Number: obliterated;

    b. One (1) round of 9mm ammunition; and

    c. Six (6) rounds of 9mm ammunition.

This notice neither limits the United States from seeking the forfeiture of additional specific property nor limits the United States from seeking the imposition of a forfeiture money judgment or seeking the forfeiture of substitute assets pursuant to 21 U.S.C. § 853(p).

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney


        /s/Michael El-Zein
        MICHAEL EL-ZEIN
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        (313) 226-9770
        Michael.el-zein@usdoj.gov
        P-79182

Dated:  February 17, 2022

## *CERTIFICATION OF SERVICE*

I hereby certify that on February 17, 2022, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

/s/Michael El-Zein
MICHAEL EL-ZEIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9770
Michael.el-zein@usdoj.gov
P-79182