UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 21-cr-20405
                                Hon. Matthew F. Leitman

NOE GARZA,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE (ECF No. 15)

On July 25, 2022, the Court held a final hearing on Defendant Noe Garza's motion to suppress physical evidence. (*See* Mot., ECF No. 15.)  For the reasons explained on the record during the final motion hearing, the motion is **DENIED**.

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126