UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 21-cr-20405
                                          Hon. Matthew F. Leitman

v.

NOE GARZA,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S
## MOTION IN LIMINE (ECF No. 32)

On November 10, 2022, the Court held a hearing on Defendant Noe Garza's motion *in limine* to exclude certain evidence at trial. (*See* Mot., ECF No. 32.)  For the reasons explained on the record during the hearing, the motion is **DENIED**.

**IT IS SO ORDERED**.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  November 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2022, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126