UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 21-cr-20405
                                               Hon. Matthew F. Leitman

v.

NOE GARZA,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S**
**REQUEST TO WAIVE COURT FINES (ECF No. 80)**

In 2022, a jury in this Court convicted Defendant Noa Garza of one count of being a prohibited person in possession of a firearm and ammunition, one count of being in possession of a firearm with an obliterated serial number, and one count of possessing with the intent to distribute buprenorphine. (*See* Verdict Form, ECF No. 52.) The Court subsequently sentenced Garza to a term of 80 months imprisonment. (*See* Judgment, ECF No. 62, PageID.455.) It waived the imposition of a fine, but it did assess Garza $300.00 in special assessments (*See id.*, PageID.459.)

On May 28, 2025, Garza sent a letter to the Court in which he requests that the Court waive the special assessments. (*See* Letter, ECF No. 80.) Garza says that he has taken "advantage of several programs" while in custody, found religion, and now desires to "improve" the lives of those around him. (*Id.*)

The Court commends Garza for the progress that he has made while in custody. However, the Court has no ability to waive the special assessments that it assessed against him. Those special assessments are mandatory, and there is "no provision [] made for waiv[ing]" the special assessments under applicable federal law. *United States v. Mann*, 7 F. App'x 424, 427 (6th Cir. 2001) (affirming order directing defendant to pay special assessment). The Court therefore cannot waive the $300.00 in special assessments that were made part of the judgment against Garza.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126